JESSICA ELAINE LANIER, SBN 303395
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, California 94111
Telephone: (415) 743-6923
Fax: (415) 743-6910
Email: jessica.lanier@hklaw.com

Attorneys for Defendant MIDLAND CREDIT MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARTA GARCIA, <br><br> Plaintiff, <br><br> vs. <br><br> MIDLAND CREDIT MANAGEMENT, INC. and TRANSUNION <br><br> Defendants. | CASE NO. 3:16-cv-01997-EMC <br><br> [PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the parties' stipulation to extend Defendant Midland Credit Management, Inc.'s Deadline to Respond to the Complaint to May 23, 2016 is granted.

**IT IS SO STIPULATED.**

**Dated:** May 20, 2016 _____

**Judge Edward M. Chen**