JESSICA ELAINE LANIER, SBN 303395
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, California 94111
Telephone: (415) 743-6923
Fax: (415) 743-6910
Email: jessica.lanier@hklaw.com

Attorneys for Defendant MIDLAND CREDIT MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARTA GARCIA, <br><br> Plaintiff, <br><br> vs. <br><br> MIDLAND CREDIT MANAGEMENT, INC. *et al* <br><br> Defendants. | CASE NO. 3:16-cv-01997-EMC <br><br> **JOINT NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.; and PROPOSED ORDER** |

**TO THE COURT, CLERK OF THE COURT, AND ALL PARTIES:**

Pursuant to Northern District of California Local Rules, Plaintiff Marta Garcia and Defendant Midland Credit Management, Inc., through their counsel of record, hereby notify the Court that the a settlement in the above-captioned action has been reached between Midland Credit Management, Inc. ("Midland") and Ms. Garcia.

IT IS HEREBY STIPULATED by and between plaintiff Marta Garcia and defendant Midland, that Midland be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

Dated:  June 8, 2016                                HOLLAND & KNIGHT LLP


By:  ___/s/ Jessica Lanier_____
        Jessica Lanier

Attorney for Defendant
MIDLAND CREDIT MANAGEMENT, INC.

Dated:  June 8, 2016


By:  ___/s/ Marta Garcia_____
        Marta Garcia, *Pro se*


**Declaration of Consent to Electronic Signature:**

Pursuant to Northern Dist. LR 5.1(i), the electronic filer of this Stipulation, Jessica Lanier, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.


Date:  June 8, 2016                                By:  ___/s/   Jessica Lanier_____
                                                              Jessica Lanier

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel:(415) 743-6900
Fax:(415) 743-6910

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Midland is dismissed with prejudice. IT IS SO ORDERED.

DATED: __6/10/16_____ 

HON. _____
UNITED STATES DISTRICT JUDGE

HOLLAND & KNIGHT LLP
Jessica Lanier [Bar No. 303395]
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
email: jessica.lanier@hklaw.com

Attorneys for Defendant ASSET ACCEPTANCE, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA GARCIA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT INC. AND TRANSUNION,<br><br>　　　　　Defendants. | Case No. 3:16-cv-01997-EMC<br><br>**PROOF OF SERVICE** |

　　　I, the undersigned, hereby declare that I am over the age of 18 years and not a party to the above-captioned action; that my business address at Holland & Knight LLP is 50 California Street, Suite 2800, San Francisco, California 94111-4624. On June 8, 2016, the following document was served:

**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.; and PROPOSED ORDER;**

on the following persons or entities and in the following manner:

☒ **(BY HAND DELIVERY)**

**Marta Garcia**
5123 Toyon Court
Antioch, CA 94531

☒ **(BY CM/ECF)**

**Lauren E. Tate**
Tate & Associates
1321 Eighth St.
Suite 4
Berkeley, CA 94710
510-525-5100
Fax: 510-525-5130
Email: ltate@tateandassociates-law.com

**Franci Gabrielle Fealk**
4545 Northwestern Drive
Zionsville, IN 46077
317-363-2400
Fax: 317-363-2257
Email: ffealk@schuckitlaw.com

ATTORNEYS FOR TRANSUNION

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I executed this document on June 8, 2016 at San Francisco, California.

_Michelle Baker_ (signature)
Michelle Baker

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900

Proof of Service

Case No. 3:16-cv-01997