1  Franci G. Fealk, Esq. (IN #33894-49)
     (admitted *Pro Hac Vice*)
2  Schuckit & Associates, P.C.
   4545 Northwestern Drive
3  Zionsville, IN  46077
   Telephone: 317-363-2400
4  Fax: 317-363-2257
   E-Mail: ffealk@schuckitlaw.com
5
   *Lead Counsel for Defendant Trans Union, LLC*
6

7  Lauren E. Tate, Esq. (CSB #124483)
   Tate & Associates
8  1321 8th Street, Suite 4
   Berkeley, CA  94710
9  Telephone: 510-525-5100
   Fax: 510-525-5130
10 E-Mail: ltate@tateandassociates-law.com

11 *Local Counsel for Defendant Trans Union, LLC*

12
                 UNITED STATES DISTRICT COURT
13
                 NORTHERN DISTRICT OF CALIFORNIA
14
                      SAN FRANCISCO DIVISION
15

| | |
|---|---|
| MARTA GARCIA,<br>    Plaintiff, | CASE NO. 3:16-cv-01997-EMC |
| vs. | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY |
| MIDLAND CREDIT MANAGEMENT, TRANSUNION, EXPERIAN and EQUIFAX,<br>    Defendants. | |

   Plaintiff Marta Garcia ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: July 25, 2016                  /s/ Marta Garcia (with consent)
                                     Marta Garcia
                                     5123 Toyon Court
                                     Antioch, CA 94531

                                     *Pro Se Plaintiff*

Date: July 25, 2016                  /s/ Franci G. Fealk
                                     Franci G. Fealk, Esq. (IN #33894-49)
                                       (admitted *Pro Hac Vice*)
                                     Schuckit & Associates, P.C.
                                     4545 Northwestern Drive
                                     Zionsville, IN 46077
                                     Telephone: 317-363-2400
                                     Fax: 317-363-2257
                                     E-Mail: ffealk@schuckitlaw.com

                                     *Lead Counsel for Defendant Trans Union, LLC*


                                     Lauren E. Tate, Esq. (CSB #124483)
                                     Tate & Associates
                                     1321 8th Street, Suite 4
                                     Berkeley, CA 94710
                                     Telephone: 510-525-5100
                                     Fax: 510-525-5130
                                     E-Mail: ltate@tateandassociates-law.com

                                     *Local Counsel for Defendant Trans Union, LLC*


                                     *Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Marta Garcia and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 7/26/16

_____
JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Alexandra A. McDonald, Esq.<br>amcdonald@jonesday.com | Jessica E. Lanier, Esq.<br>jessica.lanier@hklaw.com |
| Thomas P. Quinn, Esq.<br>tquinn@nokesquinn.com | Lauren E. Tate, Esq.<br>ltate@tateandassociates-law.com |
| Franci G. Fealk, Esq.<br>ffealk@schuckitlaw.com | Marta Garcia<br>5123 Toyon Court<br>Antioch, CA 94531 |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:16-CV-01997-EMC