THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>Defendants. | Case No.: 3:16-cv-01997-EMC<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY** |

Plaintiff Marta Garcia, by counsel, and Defendant Equifax Information Services, LLC ("Equifax"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled and that Plaintiff's cause against Equifax only should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

```
                                        Respectfully submitted,

1

2
    Date: September 30, 2016.          /s/ Marta Garcia
3                                      ─────────────────────────
                                        Marta Garcia, *Pro Se Plaintiff*
4                                       5123 Toyon Court
                                        Antioch, CA 94531
5                                       415 745-5925
                                        Plaintiff Pro Se
6

7
    Date: September 30, 2016.          /s/ Thomas P. Quinn
8                                      ─────────────────────────
                                        Thomas P. Quinn (132268)
9                                       Nokes & Quinn
                                        410 Broadway, Suite 200
10                                      Laguna Beach, CA 92651
                                        Tel: (949) 376-3500
11                                      Fax: (949) 376-3070
                                        Email: tquinn@nokesquinn.com
12

13                                      *Counsel for Defendant Equifax Information
                                        Services, LLC*
14

15                                      *Pursuant to Local Rule 5-1(i)(3), I attest that
                                        concurrence in the filing of this document
16                                      has been obtained from each of the
                                        Signatories.*
```

PURSUANT TO STIPULATION, IT IS SO ORDERED that Equifax is dismissed with prejudice. Plaintiff Marta Garcia and Defendant Equifax shall each bear their own costs and attorneys' fees.

Date: 10/13/16

_____
JUDGE, United States District Court, Northern

IT IS SO ORDERED
Judge Edward M. Chen

DISTRIBUTION TO ALL COUNSEL OF RECORD

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 3 –

DMSLIBRARY01\29431582.v1