Greg S. Martin (State Bar No. 294482)
gmartin@jonesday.com
JONES DAY
12265 El Camino Real
Suite 200
San Diego, CA  92130.4096
Telephone:  +1.858.314.1200
Facsimile:    +1.858.314.1150

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MARTA GARCIA,

             Plaintiff,

    v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

             Defendants.

Case No. 3:16-cv-01997-EMC

**STIPULATION AND [~~PROPOSED~~]
ORDER OF DISMISSAL WITH
PREJUDICE**

     Plaintiff  Marta Garcia and Defendant Experian Information Solutions, Inc. (collectively, the "Parties"), have reached a settlement agreement.  Therefore, the Parties hereby move the Court for an Order dismissing this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorney's fees and litigation costs.

///

///

///

///

///

1
2      Dated:  November 10, 2016            Respectfully submitted,
3
4                                          By:/s/ Greg S. Martin[1]
5                                             Greg S. Martin
6                                             Attorneys for Defendant
                                              EXPERIAN INFORMATION
7                                             SOLUTIONS, INC.

8      Dated:  November 10, 2016            Respectfully submitted,
9
10                                         By:/s/ Marta Garcia
11                                            Marta Garcia
12                                            Pro Se Plaintiff
13
14
15
16
17
18
19
20
21
22
23
24
25
26     _____
           [1] Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and
27     Procedures Manual, I hereby certify that the content of this document is acceptable to Marta
       Garcia, pro se Plaintiff, and that I have obtained her authorization to affix her electronic signature
28     to this document.

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Experian Information Solutions, Inc. ("Experian") is dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED.** The Clerk of the Court shall close this case.

Dated: 11/21/16



HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

1

## CERTIFICATE OF SERVICE

2      I, Greg S. Martin, declare:

3      I am a citizen of the United States and employed in San Diego, California.  I

4  am over the age of eighteen years and not a party to the within-entitled action.  My

5  business address is 12265 El Camino Real, Suite 200, San Diego, California 92130.

6  On June 7, 2016 I served a copy of the **STIPULATION AND [PROPOSED]**

7  **ORDER FOR DISMISSAL WITH PREJUDICE** by electronic transmission.

8      Marta Garcia
       5123 Toyon Court
       Antioch, CA 94531
9      415 745-5925
       mgarcia837@yahoo.com
10     *Attorney for Plaintiff*

11

12     I declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct.

13

       Executed on November 10, 2016, at San Diego, California.

14

15                    /s/ *Greg S. Martin*
                      Greg S. Martin
16                    Email: gmartin@jonesday.com

17

18

19

20

21

22

23

24

25

26

27

28